# Exhibit 3

| US8713624B1 | Vidyard ("The accused instrumentality") |
|---|---|
| 4. A method for providing and tracking a receiver station's use of a discrete computer network function in a data network at a data collection station, said receiver station having a data network connection, a processor, an input device, and a data storage device, said data network having a plurality of data information sources, said method comprising the steps of: | The accused instrumentality discloses a method for providing and tracking (e.g., recording user interaction with actionable items, scheduled meeting related data, etc.) a receiver station's (e.g., user device enabled with the accused instrumentality such as smart TV, smartphone, laptop, etc.) use of a discrete computer network function (e.g., interacting with actionable items, scheduling a meeting, etc.) in a data network (e.g., Internet, etc.) at a data collection station (e.g., server of the accused instrumentality), said receiver station (e.g., user device enabled with the accused instrumentality such as smart TV, smartphone, laptop, etc.) having a data network (e.g., Internet, etc.) connection, a processor (e.g., processor of the user device enabled with the accused instrumentality), an input device (e.g., input device such as keyboard, mouse, remote, touchscreen, etc.), and a data storage device (e.g., memory of the user device enabled with the accused instrumentality), said data network (e.g., Internet, etc.) having a plurality of data information sources (e.g., video sources of the accused instrumentality, servers, etc.).<br><br>As shown, Vidyard is a video player that allows streaming of video content. It provides in-video actionable items that prompt a viewer to act such as scheduling a meeting (e.g., planning a meeting). When a user selects a desired data and time, it receives the user selected data and time information for the meeting or if user selects skips, receives a decline for the meeting from the user. The accused instrumentality processes the user reply and selects data as per the reply and schedules the meeting or skips the meeting accordingly. It also keeps tracking of the user action regarding the actionable items i.e., scheduling a call. |



https://www.vidyard.com/



https://knowledge.vidyard.com/hc/en-us/articles/360019034753-Using-the-Vidyard-Player-API

| Desktop browsers | Version requirements |
|---|---|
| Chrome (provides auto-updates) | Current, current -1 |
| Microsoft Edge | Current, current -1 |
| Firefox (provides auto-updates) | Current |
| Safari | Current |
| Internet Explorer 11 | Uses fallback player |
| **Mobile devices** | |
| Android (assumes use of Chrome mobile app) | v4.4+ |
| iOS (assumes use of Safari mobile app) | v11+ |

https://knowledge.vidyard.com/hc/en-us/articles/360009871074-Vidyard-browser-and-device-requirements

# Support for in-video Actions (CTAs) on mobile devices

Vidyard allows you to **add Actions to your videos**. Actions (or CTAs) are interactive elements such as forms, links or images that prompt your viewers to "act" or take a next step in response to your video.

So long as viewers watch your video in **a supported browser**, the actions that you've added to the video will appear during playback.

However, there are some exceptions when viewing videos on a mobile device. This largely depends on the mobile OS (operating system) and the type of action.

https://knowledge.vidyard.com/hc/en-us/articles/360009871074-Vidyard-browser-and-device-requirements

# What are actions?

Actions are Vidyard's versions of calls-to-action (CTAs), but for your videos.

An Action can be any step that you want a viewer to take in response to your video. You can ask viewers to:

- book a meeting in your calendar
- download a helpful resource, like a PDF
- go to your company's website
- start a follow-up conversation via email
- submit information in a form
- + much more

Actions appear inside the frame of your video. You can position an Action at the beginning (pre-roll), during (mid-roll), or at the end of the video (post-roll).

https://knowledge.vidyard.com/hc/en-us/articles/360009860034-Getting-Started-with-Actions-CTAs-in-Vidyard

| Style of Action | When the CTA can appear | Common use case |
|---|---|---|
| **Fullscreen**<br><br>A CTA that takes up the entire frame of the video. Typically text + a button.<br><br>Video pauses until the viewer skips the Action. | Before, during, or after the video | Use a link to direct viewers to different page to complete next steps, such as:<br><br>• An external web page to learn more about a topic, register for an event, or watch more videos<br><br>• Your personal calendar to book a meeting (e.g. through tools like Calendly or Hubspot Meetings) |
| **Banners**<br><br>A CTA that appears during the video, taking up ⅓ of the video frame. Typically text + a button.<br><br>Video continues to play while CTA is visible. | Only during the video (you choose start and end time) | |

https://knowledge.vidyard.com/hc/en-us/articles/360009860034-Getting-Started-with-Actions-CTAs-in-Vidyard

There are varying levels of customization for Actions, depending on your account's plan type. To help you get started quickly, plans like Vidyard Starter, Teams, and Enterprise offer out-of-the-box, templated Actions for common use cases.

In higher tiers, Actions can be fully customized with HTML, CSS, and Javascript.

| Type of Actions | Plan Availability | Key points |
|---|---|---|
| **Quick Actions** 🔼 🔼<br><br>Use 3 simple templates to create Actions for common use cases: a fullscreen Action, a banner, or an email capture form | Vidyard Starter, Teams, and Enterprise | • Create and assign multiple Actions to videos<br><br>• Add Actions to different positions in a video (before, during or after)<br><br>• Action settings: skip, only show once |
| **Custom Actions** 🔼 🔼 🔼<br><br>Fully customizable Actions | Vidyard Teams and Enterprise | • Create Actions with HTML, CSS and WYSIWYG editor<br><br>• Embed third-party scripts (forms, calendars)<br><br>• Action settings: Skip, show once, pre-fill, +more |

https://knowledge.vidyard.com/hc/en-us/articles/360009860034-Getting-Started-with-Actions-CTAs-in-Vidyard



https://knowledge.vidyard.com/hc/en-us/articles/360009860034-Getting-Started-with-Actions-CTAs-in-Vidyard



https://knowledge.vidyard.com/hc/en-us/articles/1260803322330-How-to-use-Actions-CTAs-in-Vidyard-Pro



Within the selected date range, you'll see the **total number of Action Clicks** at the top of the page. You can also **see which Action was clicked** (in-video, share page or both) per view under the View Sessions section.

https://knowledge.vidyard.com/hc/en-us/articles/1260803322330-How-to-use-Actions-CTAs-in-Vidyard-Pro

| providing at least one of operating instructions and executable code | The accused instrumentality discloses providing at least one of operating instructions (e.g., instructions related to prompting an actionable item, etc.) and executable code to a plurality of receiver stations (e.g., user device enabled with the accused instrumentality such as smart TV, smartphone, laptop, etc.) from said plurality of data information sources (e.g., video sources of |

| | |
|---|---|
| to a plurality of receiver stations from said plurality of data information sources; | the accused instrumentality, servers, etc.).<br><br>As shown, Vidyard is a video player that allows streaming of video content. It provides in-video actionable items that prompt a viewer to act such as scheduling a meeting (e.g., planning a meeting).<br><br><br><br>https://www.vidyard.com/ |



The Vidyard Player API allows developers to control the behavior of an embedded player via Javascript.

This document pertains to players that have been embedded using **Vidyard's Responsive Embed Code.**

https://knowledge.vidyard.com/hc/en-us/articles/360019034753-Using-the-Vidyard-Player-API

# Support for in-video Actions (CTAs) on mobile devices

Vidyard allows you to **add Actions to your videos**. Actions (or CTAs) are interactive elements such as forms, links or images that prompt your viewers to "act" or take a next step in response to your video.

So long as viewers watch your video in **a supported browser**, the actions that you've added to the video will appear during playback.

However, there are some exceptions when viewing videos on a mobile device. This largely depends on the mobile OS (operating system) and the type of action.

https://knowledge.vidyard.com/hc/en-us/articles/360009871074-Vidyard-browser-and-device-requirements

## General requirements to use Vidyard across different devices and browsers

We built Vidyard to be used pretty much anywhere on the web. That's true whether you're watching videos as a viewer or someone using our apps to record, share or access your library of content.

But, as with any web-based technology, we're always adapting to stay current with the latest browser and OS updates. At the same time, we aim to provide support for the widest possible range of users.

That's why we put together a list of general requirements to ensure that—no matter how you use Vidyard—your device and browser are compatible.

https://knowledge.vidyard.com/hc/en-us/articles/360009871074-Vidyard-browser-and-device-

| | |
|---|---|
| | requirements<br><br><br><br>https://knowledge.vidyard.com/hc/en-us/articles/360009860034-Getting-Started-with-Actions-CTAs-in-Vidyard |
| performing said function based on said at least one | The accused instrumentality discloses performing said function (e.g., interacting with actionable items, scheduling a meeting, etc.) based on said at least one of operating instructions (e.g., instructions related to prompting an actionable item, etc.) and said |

| | |
|---|---|
| of operating instructions and said executable code at said receiver station by executing said at least one of instructions and said executable code with said processor; | executable code at said receiver station (e.g., user device enabled with the accused instrumentality such as smart TV, smartphone, laptop, etc.) by executing said at least one of instructions (e.g., instructions related to prompting an actionable item, etc.) and said executable code with said processor (e.g., processor of the user device enabled with the accused instrumentality).<br><br>As shown, Vidyard is a video player that allows streaming of video content. It provides in-video actionable items that prompt a viewer to act such as scheduling a meeting (e.g., planning a meeting). When a user selects a desired data and time, it receives the user selected data and time information for the meeting or if user selects skips, receives a decline for the meeting from the user.<br><br><br><br><br>https://www.vidyard.com/ |



https://knowledge.vidyard.com/hc/en-us/articles/360019034753-Using-the-Vidyard-Player-API

# Support for in-video Actions (CTAs) on mobile devices

Vidyard allows you to add Actions to your videos. Actions (or CTAs) are interactive elements such as forms, links or images that prompt your viewers to "act" or take a next step in response to your video.

So long as viewers watch your video in a supported browser, the actions that you've added to the video will appear during playback.

However, there are some exceptions when viewing videos on a mobile device. This largely depends on the mobile OS (operating system) and the type of action.

https://knowledge.vidyard.com/hc/en-us/articles/360009871074-Vidyard-browser-and-device-requirements

## General requirements to use Vidyard across different devices and browsers

We built Vidyard to be used pretty much anywhere on the web. That's true whether you're watching videos as a viewer or someone using our apps to record, share or access your library of content.

But, as with any web-based technology, we're always adapting to stay current with the latest browser and OS updates. At the same time, we aim to provide support for the widest possible range of users.

That's why we put together a list of general requirements to ensure that—no matter how you use Vidyard—your device and browser are compatible.

https://knowledge.vidyard.com/hc/en-us/articles/360009871074-Vidyard-browser-and-device-

| | requirements  https://knowledge.vidyard.com/hc/en-us/articles/360009860034-Getting-Started-with-Actions-CTAs-in-Vidyard |
|---|---|
| recording an identification of said performed | The accused instrumentality discloses recording an identification (e.g., recording user action with an identifier, etc.) of said performed function (e.g., interacting with actionable items, scheduling a meeting, etc.) at said data storage device (e.g., memory of the user device |

| | |
|---|---|
| function at said data storage device at said receiver station; and | enabled with the accused instrumentality) at said receiver station (e.g., user device enabled with the accused instrumentality such as smart TV, smartphone, laptop, etc.).<br><br>As shown, Vidyard is a video player that allows streaming of video content. It provides in-video actionable items that prompt a viewer to act such as scheduling a meeting (e.g., planning a meeting). When a user selects a desired data and time, it receives the user selected data and time information for the meeting or if user selects skips, receives a decline for the meeting from the user. The accused instrumentality processes the user reply and selects data as per the reply and schedules the meeting (e.g., recording of identification of collected data) or skips the meeting accordingly.<br><br>**Support for in-video Actions (CTAs) on mobile devices**<br><br>Vidyard allows you to **add Actions to your videos**. Actions (or CTAs) are interactive elements such as forms, links or images that prompt your viewers to "act" or take a next step in response to your video.<br><br>So long as viewers watch your video in **a supported browser**, the actions that you've added to the video will appear during playback.<br><br>However, there are some exceptions when viewing videos on a mobile device. This largely depends on the mobile OS (operating system) and the type of action.<br><br>https://knowledge.vidyard.com/hc/en-us/articles/360009871074-Vidyard-browser-and-device-requirements |

# What are actions? 

Actions are Vidyard's versions of calls-to-action (CTAs), but for your videos.

An Action can be any step that you want a viewer to take in response to your video. You can ask viewers to:

- book a meeting in your calendar
- download a helpful resource, like a PDF
- go to your company's website
- start a follow-up conversation via email
- submit information in a form
- + much more

Actions appear inside the frame of your video. You can position an Action at the beginning (pre-roll), during (mid-roll), or at the end of the video (post-roll).

https://knowledge.vidyard.com/hc/en-us/articles/360009860034-Getting-Started-with-Actions-CTAs-in-Vidyard

| Style of Action | When the CTA can appear | Common use case |
|---|---|---|
| Fullscreen<br><br>A CTA that takes up the entire frame of the video. Typically text + a button.<br><br>Video pauses until the viewer skips the Action. | Before, during, or after the video | Use a link to direct viewers to different page to complete next steps, such as:<br><br>• An external web page to learn more about a topic, register for an event, or watch more videos<br><br>• Your personal calendar to book a meeting (e.g. through tools like Calendly or Hubspot Meetings) |
| Banners<br><br>A CTA that appears during the video, taking up ⅓ of the video frame. Typically text + a button.<br><br>Video continues to play while CTA is visible. | Only during the video (you choose start and end time) | |

https://knowledge.vidyard.com/hc/en-us/articles/360009860034-Getting-Started-with-Actions-CTAs-in-Vidyard

There are varying levels of customization for Actions, depending on your account's plan type. To help you get started quickly, plans like Vidyard Starter, Teams, and Enterprise offer out-of-the-box, templated Actions for common use cases.

In higher tiers, Actions can be fully customized with HTML, CSS, and Javascript.

| Type of Actions | Plan Availability | Key points |
|---|---|---|
| **Quick Actions** 🔼🔼<br><br>Use 3 simple templates to create Actions for common use cases: a fullscreen Action, a banner, or an email capture form | Vidyard Starter, Teams, and Enterprise | • Create and assign multiple Actions to videos<br><br>• Add Actions to different positions in a video (before, during or after)<br><br>• Action settings: skip, only show once |
| **Custom Actions** 🔼🔼🔼<br><br>Fully customizable Actions | Vidyard Teams and Enterprise | • Create Actions with HTML, CSS and WYSIWYG editor<br><br>• Embed third-party scripts (forms, calendars)<br><br>• Action settings: Skip, show once, pre-fill, +more |

https://knowledge.vidyard.com/hc/en-us/articles/360009860034-Getting-Started-with-Actions-CTAs-in-Vidyard



https://knowledge.vidyard.com/hc/en-us/articles/360009860034-Getting-Started-with-Actions-CTAs-in-Vidyard



https://knowledge.vidyard.com/hc/en-us/articles/1260803322330-How-to-use-Actions-CTAs-in-Vidyard-Pro



https://knowledge.vidyard.com/hc/en-us/articles/1260803322330-How-to-use-Actions-CTAs-in-Vidyard-Pro

| transferring said record of identification to said data | The accused instrumentality discloses transferring (e.g., transmitting) said record of identification (e.g., recording user action with an identifier, etc.) to said data collection station (e.g., server of the accused instrumentality) on said data network (e.g., Internet, etc.) through said receiver station data network connection (e.g., user device enabled with the accused |

| | |
|---|---|
| collection station on said data network through said receiver station data network connection. | instrumentality such as smart TV, smartphone, laptop, etc. connected to Wi-Fi network, cellular network, etc.).<br><br>As shown, Vidyard is a video player that allows streaming of video content. It provides in-video actionable items that prompt a viewer to act such as scheduling a meeting (e.g., planning a meeting). When a user selects a desired data and time, it receives the user selected data and time information for the meeting or if user selects skips, receives a decline for the meeting from the user. The accused instrumentality processes the user reply and selects data as per the reply and schedules the meeting (e.g., transferring record of identification of collected data) or skips the meeting accordingly.<br><br>## Support for in-video Actions (CTAs) on mobile devices<br><br>Vidyard allows you to **add Actions to your videos**. Actions (or CTAs) are interactive elements such as forms, links or images that prompt your viewers to "act" or take a next step in response to your video.<br><br>So long as viewers watch your video in **a supported browser**, the actions that you've added to the video will appear during playback.<br><br>However, there are some exceptions when viewing videos on a mobile device. This largely depends on the mobile OS (operating system) and the type of action.<br><br>https://knowledge.vidyard.com/hc/en-us/articles/360009871074-Vidyard-browser-and-device-requirements |

# What are actions?

Actions are Vidyard's versions of calls-to-action (CTAs), but for your videos.

An Action can be any step that you want a viewer to take in response to your video. You can ask viewers to:

- book a meeting in your calendar
- download a helpful resource, like a PDF
- go to your company's website
- start a follow-up conversation via email
- submit information in a form
- + much more

Actions appear inside the frame of your video. You can position an Action at the beginning (pre-roll), during (mid-roll), or at the end of the video (post-roll).

https://knowledge.vidyard.com/hc/en-us/articles/360009860034-Getting-Started-with-Actions-CTAs-in-Vidyard

| Style of Action | When the CTA can appear | Common use case |
|---|---|---|
| **Fullscreen**<br><br>A CTA that takes up the entire frame of the video. Typically text + a button.<br><br>Video pauses until the viewer skips the Action. | Before, during, or after the video | Use a link to direct viewers to different page to complete next steps, such as:<br><br>• An external web page to learn more about a topic, register for an event, or watch more videos<br><br>• Your personal calendar to book a meeting (e.g. through tools like Calendly or Hubspot Meetings) |
| **Banners**<br><br>A CTA that appears during the video, taking up ⅓ of the video frame. Typically text + a button.<br><br>Video continues to play while CTA is visible. | Only during the video (you choose start and end time) | |

https://knowledge.vidyard.com/hc/en-us/articles/360009860034-Getting-Started-with-Actions-CTAs-in-Vidyard

There are varying levels of customization for Actions, depending on your account's plan type. To help you get started quickly, plans like Vidyard Starter, Teams, and Enterprise offer out-of-the-box, templated Actions for common use cases.

In higher tiers, Actions can be fully customized with HTML, CSS, and Javascript.

| Type of Actions | Plan Availability | Key points |
|---|---|---|
| Quick Actions 🔼🔼<br><br>Use 3 simple templates to create Actions for common use cases: a fullscreen Action, a banner, or an email capture form | Vidyard Starter, Teams, and Enterprise | • Create and assign multiple Actions to videos<br>• Add Actions to different positions in a video (before, during or after)<br>• Action settings: skip, only show once |
| Custom Actions 🔼🔼🔼<br><br>Fully customizable Actions | Vidyard Teams and Enterprise | • Create Actions with HTML, CSS and WYSIWYG editor<br>• Embed third-party scripts (forms, calendars)<br>• Action settings: Skip, show once, pre-fill, +more |

https://knowledge.vidyard.com/hc/en-us/articles/360009860034-Getting-Started-with-Actions-CTAs-in-Vidyard



https://knowledge.vidyard.com/hc/en-us/articles/360009860034-Getting-Started-with-Actions-CTAs-in-Vidyard



https://knowledge.vidyard.com/hc/en-us/articles/1260803322330-How-to-use-Actions-CTAs-in-Vidyard-Pro

Within the selected date range, you'll see the **total number of Action Clicks** at the top of the page. You can also **see which Action was clicked** (in-video, share page or both) per view under the View Sessions section.



https://knowledge.vidyard.com/hc/en-us/articles/1260803322330-How-to-use-Actions-CTAs-in-Vidyard-Pro