# Exhibit 4

| US8839293B1 | Vidyard ("The accused instrumentality") |
|---|---|
| 9. An interactive method for delivering a plan for use with an interactive mass medium programming output apparatus comprising the steps of: | The accused instrumentality discloses an interactive method for delivering a plan (e.g., scheduling a meeting with a client, etc.) for use with an interactive mass medium programming output apparatus (e.g., output devices such as smartphone, tablet. laptop, smart TV, etc.).<br><br>As shown, Vidyard is a video player that allows streaming of video content. It provides in-video actionable items that prompt a viewer to act such as scheduling a meeting (e.g., planning a meeting).<br><br><br><br>https://www.vidyard.com/ |



https://knowledge.vidyard.com/hc/en-us/articles/360019034753-Using-the-Vidyard-Player-API

## Support for in-video Actions (CTAs) on mobile devices

Vidyard allows you to **add Actions to your videos**. Actions (or CTAs) are interactive elements such as forms, links or images that prompt your viewers to "act" or take a next step in response to your video.

So long as viewers watch your video in **a supported browser**, the actions that you've added to the video will appear during playback.

However, there are some exceptions when viewing videos on a mobile device. This largely depends on the mobile OS (operating system) and the type of action.

https://knowledge.vidyard.com/hc/en-us/articles/360009871074-Vidyard-browser-and-device-requirements

# What are actions?

Actions are Vidyard's versions of calls-to-action (CTAs), but for your videos.

An Action can be any step that you want a viewer to take in response to your video. You can ask viewers to:

- book a meeting in your calendar
- download a helpful resource, like a PDF
- go to your company's website
- start a follow-up conversation via email
- submit information in a form
- + much more

Actions appear inside the frame of your video. You can position an Action at the beginning (pre-roll), during (mid-roll), or at the end of the video (post-roll).

https://knowledge.vidyard.com/hc/en-us/articles/360009860034-Getting-Started-with-Actions-CTAs-in-Vidyard



https://knowledge.vidyard.com/hc/en-us/articles/360009860034-Getting-Started-with-Actions-CTAs-in-Vidyard

## General requirements to use Vidyard across different devices and browsers

We built Vidyard to be used pretty much anywhere on the web. That's true whether you're watching videos as a viewer or someone using our apps to record, share or access your library of content.

But, as with any web-based technology, we're always adapting to stay current with the latest browser and OS updates. At the same time, we aim to provide support for the widest possible range of users.

That's why we put together a list of general requirements to ensure that—no matter how you use Vidyard—your device and browser are compatible.

https://knowledge.vidyard.com/hc/en-us/articles/360009871074-Vidyard-browser-and-device-requirements

| Desktop browsers | Version requirements |
|---|---|
| Chrome (provides auto-updates) | Current, current -1 |
| Microsoft Edge | Current, current -1 |
| Firefox (provides auto-updates) | Current |
| Safari | Current |
| Internet Explorer 11 | Uses fallback player |
| **Mobile devices** | |
| Android (assumes use of Chrome mobile app) | v4.4+ |
| iOS (assumes use of Safari mobile app) | v11+ |

https://knowledge.vidyard.com/hc/en-us/articles/360009871074-Vidyard-browser-and-device-requirements

| outputting mass medium programming, said interactive mass medium programming output apparatus having an input | The accused instrumentality discloses outputting mass medium programming (e.g., video programs such as video messages, video sales pitch, etc.), said interactive mass medium programming output apparatus (e.g., output devices such as smartphone, tablet, laptop, smart TV, etc.) having an input device (e.g., input device such as mouse, touch display panel, keyboard, remote, etc.) to receive input (e.g., user input to play the video) from a subscriber (e.g., user of the accused instrumentality).

As shown, Vidyard is a video player that allows streaming of video content. It provides in-video |

| | |
|---|---|
| device to receive input from a subscriber; | actionable items that prompt a viewer to act such as scheduling a meeting (e.g., planning a meeting).<br><br><br><br>AI-POWERED VIDEO SELLING PLATFORM<br><br>**Sellers win more deals with Vidyard**<br><br>Break through the noise, engage more customers, and close deals faster with **AI-powered personalized video messages** that can be created and delivered at scale.<br><br>Get a Demo    Sign Up for Free<br><br> ★★★★½ rated 4.5/5<br>https://www.vidyard.com/ |



https://knowledge.vidyard.com/hc/en-us/articles/360019034753-Using-the-Vidyard-Player-API

# Support for in-video Actions (CTAs) on mobile devices

Vidyard allows you to **add Actions to your videos**. Actions (or CTAs) are interactive elements such as forms, links or images that prompt your viewers to "act" or take a next step in response to your video.

So long as viewers watch your video in **a supported browser**, the actions that you've added to the video will appear during playback.

However, there are some exceptions when viewing videos on a mobile device. This largely depends on the mobile OS (operating system) and the type of action.

https://knowledge.vidyard.com/hc/en-us/articles/360009871074-Vidyard-browser-and-device-requirements

## General requirements to use Vidyard across different devices and browsers

We built Vidyard to be used pretty much anywhere on the web. That's true whether you're watching videos as a viewer or someone using our apps to record, share or access your library of content.

But, as with any web-based technology, we're always adapting to stay current with the latest browser and OS updates. At the same time, we aim to provide support for the widest possible range of users.

That's why we put together a list of general requirements to ensure that—no matter how you use Vidyard—your device and browser are compatible.

https://knowledge.vidyard.com/hc/en-us/articles/360009871074-Vidyard-browser-and-device-requirements

| Desktop browsers | Version requirements |
|---|---|
| Chrome (provides auto-updates) | Current, current -1 |
| Microsoft Edge | Current, current -1 |
| Firefox (provides auto-updates) | Current |
| Safari | Current |
| Internet Explorer 11 | Uses fallback player |
| **Mobile devices** | |
| Android (assumes use of Chrome mobile app) | v4.4+ |
| iOS (assumes use of Safari mobile app) | v11+ |

https://knowledge.vidyard.com/hc/en-us/articles/360009871074-Vidyard-browser-and-device-requirements

| | |
|---|---|
| prompting said subscriber during said mass medium programming for input in respect of said plan, said | The accused instrumentality discloses prompting (e.g., prompting actionable item to a viewer) said subscriber (e.g., user of the accused instrumentality) during said mass medium programming (e.g., streaming video programs such as video messages, video sales pitch, etc.) for input (e.g., user input to actionable item, etc.) in respect of said plan (e.g., planning a meeting, etc.), said interactive mass medium programming output apparatus (e.g., output devices such as smartphone, tablet, Laptop, smart TV, etc.) having a memory (e.g., storage of the device enabled with accused instrumentality) for storing data (e.g., storing user |

| | |
|---|---|
| interactive mass medium programming output apparatus having a memory for storing data; | information such as user's browsing activity, preferences, interests, etc.).<br><br>As shown, Vidyard is a video player that allows streaming of video content. It provides in-video actionable items that prompt a viewer to act such as scheduling a meeting (e.g., planning a meeting).<br><br>**Support for in-video Actions (CTAs) on mobile devices**<br><br>Vidyard allows you to **add Actions to your videos**. Actions (or CTAs) are interactive elements such as forms, links or images that prompt your viewers to "act" or take a next step in response to your video.<br><br>So long as viewers watch your video in **a supported browser**, the actions that you've added to the video will appear during playback.<br><br>However, there are some exceptions when viewing videos on a mobile device. This largely depends on the mobile OS (operating system) and the type of action.<br><br>https://knowledge.vidyard.com/hc/en-us/articles/360009871074-Vidyard-browser-and-device-requirements |

# What are actions? ⧉

Actions are Vidyard's versions of calls-to-action (CTAs), but for your videos.

An Action can be any step that you want a viewer to take in response to your video. You can ask viewers to:

- book a meeting in your calendar
- download a helpful resource, like a PDF
- go to your company's website
- start a follow-up conversation via email
- submit information in a form
- + much more

Actions appear inside the frame of your video. You can position an Action at the beginning (pre-roll), during (mid-roll), or at the end of the video (post-roll).

https://knowledge.vidyard.com/hc/en-us/articles/360009860034-Getting-Started-with-Actions-CTAs-in-Vidyard

| Style of Action | When the CTA can appear | Common use case |
|---|---|---|
| **Fullscreen**<br><br>A CTA that takes up the entire frame of the video. Typically text + a button.<br><br>Video pauses until the viewer skips the Action. | Before, during, or after the video | Use a link to direct viewers to different page to complete next steps, such as:<br><br>• An external web page to learn more about a topic, register for an event, or watch more videos<br><br>• Your personal calendar to book a meeting (e.g. through tools like Calendly or Hubspot Meetings) |
| **Banners**<br><br>A CTA that appears during the video, taking up ⅓ of the video frame. Typically text + a button.<br><br>Video continues to play while CTA is visible. | Only during the video (you choose start and end time) | |

https://knowledge.vidyard.com/hc/en-us/articles/360009860034-Getting-Started-with-Actions-CTAs-in-Vidyard

There are varying levels of customization for Actions, depending on your account's plan type. To help you get started quickly, plans like Vidyard Starter, Teams, and Enterprise offer out-of-the-box, templated Actions for common use cases.

In higher tiers, Actions can be fully customized with HTML, CSS, and Javascript.

| Type of Actions | Plan Availability | Key points |
|---|---|---|
| Quick Actions 🔼 🔼<br><br>Use 3 simple templates to create Actions for common use cases: a fullscreen Action, a banner, or an email capture form | Vidyard Starter, Teams, and Enterprise | • Create and assign multiple Actions to videos<br><br>• Add Actions to different positions in a video (before, during or after)<br><br>• Action settings: skip, only show once |
| Custom Actions 🔼 🔼 🔼<br><br>Fully customizable Actions | Vidyard Teams and Enterprise | • Create Actions with HTML, CSS and WYSIWYG editor<br><br>• Embed third-party scripts (forms, calendars)<br><br>• Action settings: Skip, show once, pre-fill, +more |

https://knowledge.vidyard.com/hc/en-us/articles/360009860034-Getting-Started-with-Actions-CTAs-in-Vidyard



https://knowledge.vidyard.com/hc/en-us/articles/360009860034-Getting-Started-with-Actions-CTAs-in-Vidyard

| | |
|---|---|
| receiving a reply from said subscriber at said input device in response to said step of prompting | The accused instrumentality discloses receiving a reply (e.g., user input to actionable items) from said subscriber (e.g., user of the accused instrumentality) at said input device (e.g., input device such as mouse, touch display panel, keyboard, remote, etc.) in response to said step of prompting (e.g., prompting actionable items) said subscriber (e.g., user of the accused instrumentality), said interactive mass medium programming output apparatus (e.g., output devices such as smartphone, tablet, Laptop, smart TV, etc.) having a processor (e.g., processor |

| | |
|---|---|
| said subscriber, said interactive mass medium programming output apparatus having a processor for processing said subscriber reply; | of the device enabled with accused instrumentality) for processing said subscriber reply (e.g., user input to play the video).<br><br>As shown, Vidyard is a video player that allows streaming of video content. It provides in-video actionable items that prompt a viewer to act such as scheduling a meeting (e.g., planning a meeting). When a user selects a desired data and time, it receives the user selected data and time information for the meeting or if user selects skips, receives a decline for the meeting from the user.<br><br>## Support for in-video Actions (CTAs) on mobile devices<br><br>Vidyard allows you to **add Actions to your videos**. Actions (or CTAs) are interactive elements such as forms, links or images that prompt your viewers to "act" or take a next step in response to your video.<br><br>So long as viewers watch your video in **a supported browser**, the actions that you've added to the video will appear during playback.<br><br>However, there are some exceptions when viewing videos on a mobile device. This largely depends on the mobile OS (operating system) and the type of action.<br><br>https://knowledge.vidyard.com/hc/en-us/articles/360009871074-Vidyard-browser-and-device-requirements |

# What are actions?

Actions are Vidyard's versions of calls-to-action (CTAs), but for your videos.

An Action can be any step that you want a viewer to take in response to your video. You can ask viewers to:

- book a meeting in your calendar
- download a helpful resource, like a PDF
- go to your company's website
- start a follow-up conversation via email
- submit information in a form
- + much more

Actions appear inside the frame of your video. You can position an Action at the beginning (pre-roll), during (mid-roll), or at the end of the video (post-roll).

https://knowledge.vidyard.com/hc/en-us/articles/360009860034-Getting-Started-with-Actions-CTAs-in-Vidyard

| Style of Action | When the CTA can appear | Common use case |
|---|---|---|
| **Fullscreen**<br><br>A CTA that takes up the entire frame of the video. Typically text + a button.<br><br>Video pauses until the viewer skips the Action. | Before, during, or after the video | Use a link to direct viewers to different page to complete next steps, such as:<br><br>• An external web page to learn more about a topic, register for an event, or watch more videos<br><br>• Your personal calendar to book a meeting (e.g. through tools like Calendly or Hubspot Meetings) |
| **Banners**<br><br>A CTA that appears during the video, taking up ⅓ of the video frame. Typically text + a button.<br><br>Video continues to play while CTA is visible. | Only during the video (you choose start and end time) | |

https://knowledge.vidyard.com/hc/en-us/articles/360009860034-Getting-Started-with-Actions-CTAs-in-Vidyard

There are varying levels of customization for Actions, depending on your account's plan type. To help you get started quickly, plans like Vidyard Starter, Teams, and Enterprise offer out-of-the-box, templated Actions for common use cases.

In higher tiers, Actions can be fully customized with HTML, CSS, and Javascript.

| Type of Actions | Plan Availability | Key points |
| --- | --- | --- |
| **Quick Actions** 🔼 🔼<br><br>Use 3 simple templates to create Actions for common use cases: a fullscreen Action, a banner, or an email capture form | Vidyard Starter, Teams, and Enterprise | • Create and assign multiple Actions to videos<br><br>• Add Actions to different positions in a video (before, during or after)<br><br>• Action settings: skip, only show once |
| **Custom Actions** 🔼 🔼 🔼<br><br>Fully customizable Actions | Vidyard Teams and Enterprise | • Create Actions with HTML, CSS and WYSIWYG editor<br><br>• Embed third-party scripts (forms, calendars)<br><br>• Action settings: Skip, show once, pre-fill, +more |

https://knowledge.vidyard.com/hc/en-us/articles/360009860034-Getting-Started-with-Actions-CTAs-in-Vidyard



https://knowledge.vidyard.com/hc/en-us/articles/360009860034-Getting-Started-with-Actions-CTAs-in-Vidyard

| processing said reply from said step of receiving a reply and selecting said data; formulating said plan based | The accused instrumentality discloses processing said reply (e.g., processing user input to actionable items) from said step of receiving a reply (e.g., user input to actionable items) and selecting said data (e.g., selected user data), formulating said plan (e.g., planning a meeting) based on said step of processing and delivering (e.g., scheduling the meeting according to the user selected date and time) said plan (e.g., planning a meeting) based on said step of formulating. |
| --- | --- |

| | |
|---|---|
| on said step of processing; and delivering said plan based on said step of formulating. | As shown, Vidyard is a video player that allows streaming of video content. It provides in-video actionable items that prompt a viewer to act such as scheduling a meeting (e.g., planning a meeting). When a user selects a desired data and time, it receives the user selected data and time information for the meeting or if user selects skips, receives a decline for the meeting from the user. The accused instrumentality processes the user reply and selects data as per the reply and schedules the meeting or skips the meeting accordingly.<br><br>**Support for in-video Actions (CTAs) on mobile devices**<br><br>Vidyard allows you to **add Actions to your videos**. Actions (or CTAs) are interactive elements such as forms, links or images that prompt your viewers to "act" or take a next step in response to your video.<br><br>So long as viewers watch your video in **a supported browser**, the actions that you've added to the video will appear during playback.<br><br>However, there are some exceptions when viewing videos on a mobile device. This largely depends on the mobile OS (operating system) and the type of action.<br><br>https://knowledge.vidyard.com/hc/en-us/articles/360009871074-Vidyard-browser-and-device-requirements |

# What are actions? ⧉

Actions are Vidyard's versions of calls-to-action (CTAs), but for your videos.

An Action can be any step that you want a viewer to take in response to your video. You can ask viewers to:

- book a meeting in your calendar
- download a helpful resource, like a PDF
- go to your company's website
- start a follow-up conversation via email
- submit information in a form
- + much more

Actions appear inside the frame of your video. You can position an Action at the beginning (pre-roll), during (mid-roll), or at the end of the video (post-roll).

https://knowledge.vidyard.com/hc/en-us/articles/360009860034-Getting-Started-with-Actions-CTAs-in-Vidyard

| Style of Action | When the CTA can appear | Common use case |
|---|---|---|
| **Fullscreen**<br><br>A CTA that takes up the entire frame of the video. Typically text + a button.<br><br>Video pauses until the viewer skips the Action. | Before, during, or after the video | Use a link to direct viewers to different page to complete next steps, such as:<br><br>• An external web page to learn more about a topic, register for an event, or watch more videos<br><br>• Your personal calendar to book a meeting (e.g. through tools like Calendly or Hubspot Meetings) |
| **Banners**<br><br>A CTA that appears during the video, taking up ⅓ of the video frame. Typically text + a button.<br><br>Video continues to play while CTA is visible. | Only during the video (you choose start and end time) | |

https://knowledge.vidyard.com/hc/en-us/articles/360009860034-Getting-Started-with-Actions-CTAs-in-Vidyard

There are varying levels of customization for Actions, depending on your account's plan type. To help you get started quickly, plans like Vidyard Starter, Teams, and Enterprise offer out-of-the-box, templated Actions for common use cases.

In higher tiers, Actions can be fully customized with HTML, CSS, and Javascript.

| Type of Actions | Plan Availability | Key points |
|---|---|---|
| Quick Actions 🔼🔼<br><br>Use 3 simple templates to create Actions for common use cases: a fullscreen Action, a banner, or an email capture form | Vidyard Starter, Teams, and Enterprise | • Create and assign multiple Actions to videos<br><br>• Add Actions to different positions in a video (before, during or after)<br><br>• Action settings: skip, only show once |
| Custom Actions 🔼🔼🔼<br><br>Fully customizable Actions | Vidyard Teams and Enterprise | • Create Actions with HTML, CSS and WYSIWYG editor<br><br>• Embed third-party scripts (forms, calendars)<br><br>• Action settings: Skip, show once, pre-fill, +more |

https://knowledge.vidyard.com/hc/en-us/articles/360009860034-Getting-Started-with-Actions-CTAs-in-Vidyard



https://knowledge.vidyard.com/hc/en-us/articles/360009860034-Getting-Started-with-Actions-CTAs-in-Vidyard

https://knowledge.vidyard.com/hc/en-us/articles/1260803322330-How-to-use-Actions-CTAs-in-Vidyard-Pro

Within the selected date range, you'll see the **total number of Action Clicks** at the top of the page. You can also **see which Action was clicked** (in-video, share page or both) per view under the View Sessions section.



https://knowledge.vidyard.com/hc/en-us/articles/1260803322330-How-to-use-Actions-CTAs-in-Vidyard-Pro